UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| VOICEMAIL CLUB INC, | No. C 12-02189 MEJ |
| Plaintiff(s), | **ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |
| v. | |
| ENHANCED SERVICES BILLING INC, | |
| Defendant(s). | |

This matter is scheduled for a Case Management Conference on August 2, 2012 at 10:00 a.m. Now before the Court is the request of Joseph G. Dick, counsel for Plaintiff , to appear telephonically. Good cause appearing, the request is GRANTED. However, Joseph G. Dick, Counsel for Plaintiff is ORDERED to contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the hearing. At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge