# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICEMAIL CLUB, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED SERVICES BILLING, INC., a Delaware corporation,<br><br>Defendant. | Case No. 12-cv-02189-SI<br><br>Action Filed:  May 2, 2012<br><br>~~[PROPOSED]~~ ORDER RE PARTIES' REQUEST TO CONTINUE DEFENDANT'S MOTION TO DISMISS HEARING<br><br>Date:          September 14, 2012<br>Time:          9:00 a.m.<br>Courtroom:  10, 19th Floor<br>Judge:         Hon. Susan Illston |

Pursuant to the parties' Joint Stipulation Requesting a Continuance of the hearing date on Defendant's Motion to Dismiss, and pursuant to Civil L.R. 6-1(b) and L.R. 6-2, and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss, currently scheduled for September 14, 2012, be continued to __October 12, 2012__, at _9:00_ a.m./~~p.m.~~

Dated:  August 28, 2012

_[signature]_
SUSAN ILLSTON
United States District Judge