UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICEMAIL CLUB, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ENHANCED SERVICES BILLING, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 12-cv-02189-SI (MEJ)<br><br>Action Filed: May 2, 2012<br><br>**[PROPOSED] ORDER RE MOTION TO CONTINUE RULE 26(f) REPORT AND INITIAL DISCLOSURES**<br><br>Judge Susan Illston<br>Courtroom 10, 19th Floor |

Pursuant to the parties' Joint Motion to Continue the Rule 26(f) Report filing deadline and deadline to complete initial disclosures until a date following Defendant's Motion to Dismiss, and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that the deadline to file the Rule 26(f) Report and for the completion of initial disclosures or to state objection in Rule 26(f) Report, be continued until __10/19/12_____, 2012.

Dated: 9/25/12

_____
Susan Illston
United States District cJudge

THE INITIAL CASE MANAGEMENT CONFERENCE IS CONTINUED TO 11/16/12 @ 2:30 P.M.